

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2022

No. 04-21-00024-CV

**FFGGP, INC.,** as trustee of the Windward Trace 9131 Land Trust,
Appellant

v.

**MTGLQ INVESTORS, LP,** Rushmore Loan Management Services, LLC, and U.S. Bank
National Association, as trustee of TIKI Series IV Trust,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02266
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On January 18, 2022, this court granted appellees' motion for substitution of counsel. On January 24, 2021, appellees filed a joint motion to withdraw motion for substitution of counsel and motion to vacate order granting motion for substitution of counsel. The motion is GRANTED, and we withdraw our prior order dated January 18, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court